Form defntcbus

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

Case No.: 10–14548–JMD
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Momenta, Inc.
    442 First New Hampshire Turnpike
    Northwood, NH 03261

Social Security No.:

Tax I.D. No.:
    02–0472899

## **DEFICIENCY NOTICE**

To the Debtor(s) and the Debtor(s)' attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date.

Stmt. of Fin. Affairs 11/08/2010
Schedule A 11/08/2010
Schedule B 11/08/2010
Schedule D 11/08/2010
Schedule E 11/08/2010
Schedule F 11/08/2010
Schedule G 11/08/2010
Schedule H 11/08/2010
Declaration re DB Sched 11/08/2010
Aty Disclosure Stmt. 11/08/2010
Summary of Schedules 11/08/2010
Summary of Liabilities 11/08/2010
List of Creditors 11/08/2010
Ver. Stmt. re Matrix 11/08/2010
Eq. Sec. Hold. List 11/08/2010
Stmt. Parent/Public Co. 11/08/2010
Incomplete Filings Due 11/08/2010

If the Debtor(s) fail to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, or any of the other documents listed that are required by Local Bankruptcy Rule 1007–1 **by the deadline listed above**, an Order to Show Cause as to why the Debtor's case should not be dismissed will be scheduled.

Dated: 10/25/10

                                                                For the Court
                                                                George A. Vannah, Clerk

By: /s/ Heather Kelley
Deputy Clerk